# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL NO. 1OO PENSION TRUST FUND, et al., | CASE NO. CV F 07-1646 LJO SMS |
| Plaintiffs, | **ORDER TO CLOSE ACTION** |
| vs. | |
| LANE ELECTRIC, INC., | |
| Defendant. | |

With plaintiffs' filing a notice of dismissal, this Court DIRECTS the clerk to administratively close this action.

IT IS SO ORDERED.

**Dated:   December 3, 2007**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1